HAMILTON TOWNSHIP MUNICIPAL UTILITIES AUTHORITY v. APPLE TREE CORPORATION, A NEW YORK CORPORATION, T/A POWDER MILL SPRINGS.

October 3, 1985.

Cross-petition for certification denied. (See 202 *N.J.Super.* 440)

IRWIN I. KIMMELMAN, ATTORNEY GENERAL OF NEW JERSEY v. TOWER MOBILE HOMES, INC.

October 3, 1985.

Petition for certification denied.

MARY E. HILL AND GEORGE V. HILL v. HARLEYSVILLE MUTUAL INSURANCE COMPANY.

October 3, 1985.

Petition for certification denied.

MARY E. HILL AND GEORGE V. HILL v. HARLEYSVILLE MUTUAL INSURANCE COMPANY.

October 3, 1985.

Cross-petition for certification denied.